**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**WILLIAM W. STROHM**                                                              **PLAINTIFF**

**v.**                                                                                             **NO. 1:04CV311-M-D**

**JODY BRADLEY, ET AL.**                                                        **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated June 20, 2005, and the July 5, 2005, objections to the Report and Recommendation, and the subsequent rebuttal and reply, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 20, 2005, is hereby approved and adopted as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

3. That this case is **CLOSED.**

THIS, the 15th day of September, 2005.

                                                /s/ Michael P. Mills
                                              **UNITED STATES DISTRICT JUDGE**